1  BENJAMIN B. WAGNER
   United States Attorney
2  MARK J. McKEON
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone (559) 498-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6   United States of America

7

8

9          IN THE UNITED STATES DISTRICT COURT

10        FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,    )    CASE NO.1:10-cr-00247-LJO
                                 )
13              Plaintiff,       )
                                 )
14      v.                       )    STIPULATION AND
                                 )    ORDER TO EXCLUDE TIME
15  TONY HUY HAVENS,             )
                                 )
16                               )
                Defendant.       )
17  _____)

18

19      The parties request that the status conference in this case

20  be continued from November 21, 2011 to **December 5, 2011 at 9:00**

21  **a.m.** They stipulate that the time between November 21, 2011 and

22  December 5, 2011 should be excluded from the calculation of time

23  under the Speedy Trial Act.

24      In addition, the parties request that the schedule for the

25  filing and briefing of pretrial motions be amended as follows:

26      OLD DATE                      NEW DATE

27      October 21, 2011              October 31, 2011

28      November 11, 2011             November 28, 2011

1

1  The parties request this continuance because counsel for the

2  government will be out of the district on November 21, 2011.

3  Therefore, time may be excluded under 18 U.S.C. §

4  3161(h)(7)(B)(iv) because a failure to continue the hearing would

5  deny the Government continuity of counsel.  The parties further

6  stipulate that the ends of justice are served by the Court

7  excluding such time, so that counsel for the defendant may have

8  reasonable time necessary for effective preparation, taking into

9  account the exercise of due diligence.  18 U.S.C. §

10  3161(h)(7)(B)(iv).  Specifically, counsel for the defendant needs

11  additional time to determine whether any motions are appropriate

12  for this case.  The parties stipulate and agree that the

13  interests of justice served by granting this continuance outweigh

14  the best interests of the public and the defendant in a speedy

15  trial.  18 U.S.C. § 3161(h)(7)(A).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: October 17, 2011        By:    /s/ Mark J. McKeon
                                     MARK J. McKEON
                                     Assistant U.S. Attorney

DATE: October 17, 2011               /s/ Ann Voris
                                     ANN VORIS
                                     Attorney for Defendant

IT IS SO ORDERED.

**Dated:    October 17, 2011**          **/s/ Lawrence J. O'Neill**
                                     UNITED STATES DISTRICT JUDGE