```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MARK J. McKEON
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 4  Telephone (559) 498-4000
    Facsimile: (559) 497-4099
 5
    Attorneys for the
 6   United States of America
 7
 8
 9              IN THE UNITED STATES DISTRICT COURT
10              FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12  UNITED STATES OF AMERICA,    )   CASE NO.1:11-CR-00250-LJO
                                 )           1:11-CR-00247-LJO
13              Plaintiff,       )
                                 )
14       v.                      )
                                 )   STIPULATION AND
15  TONY HUY HAVENS,             )   ORDER TO EXCLUDE TIME
                                 )
16                               )
                Defendant.       )
17  _____)
18
19
        The parties stipulate that the hearing on the defendant's
20
    pending Motion to Dismiss in this case may be continued from
21
    February 27, 2012, to **March 12, 2012, at 8:30 a.m**.
22
        In addition, the parties stipulate that the schedule for the
23
    filing and briefing of pretrial motions be amended as follows:
24
        OLD DATE                         NEW DATE
25
        February 21, 2012                March 7, 2012
26
        The reason for this stipulation is that a close family
27
    member of counsel for the government suffered a medical emergency
28

                                 1
```

on February 3, 2012, and government counsel was away from work on sick leave to care for this person during a significant portion of the period of time given by the court to prepare the government's response to defendant's motion.

They parties further stipulate that the time between February 27, 2012 and March 12, 2012, should be excluded from the calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(D) [pending pretrial motions] and 18 U.S.C. § 3161 3161(h)(7)(B)(iv) [failure to grant such continuance would deny the government continuity of counsel and reasonable time necessary for effective preparation, taking into account the exercise of due diligence.]

The parties respectfully request the court to enter an order in accord with this stipulation.

                                            BENJAMIN B. WAGNER
                                            United States Attorney

DATE: February 21, 2012        By:    /s/ Mark J. McKeon
                                            MARK J. McKEON
                                            Assistant U.S. Attorney

DATE: February 21, 2012             /s/ Ann Voris
                                            ANN VORIS
                                            Attorney for Defendant

IT IS SO ORDERED.

**Dated:   February 24, 2012**          /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE