1 JOSEPH SCHLESINGER, #87692
Acting Federal Defender
2 ANN H. MCGLENON, Bar #100433
Assistant Federal Defender
3 Designated Counsel for Service
2300 Tulare Street, Suite 330
4 Fresno, California 93721-2226
Telephone: (559) 487-5561
5
Attorney for Defendant
6 TONY HUY HAVENS

7

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, ) | NO. 1:10-cr-0247 LJO |
| ) | |
| 12 Plaintiff, ) | STIPULATION TO CONTINUE TRIAL DATE; |
| ) | ORDER |
| 13 v. ) | |
| ) | Trial: |
| 14 TONY HUY HAVENS, ) | Date: August 12, 2013 |
| ) | Time: 8:30 A.M. |
| 15 Defendant. ) | Judge: Hon. Lawrence J. O'Neill |
| ) | |
| 16 _____ ) | |

17

18 **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

19 attorneys of record herein, that a new trial schedule be set in the above-referenced matter as follows: the

20 jury trial now set for March 5, 2013, **may be continued to August 12, 2013 at 8:30 A.M.**

21 This continuance is requested by counsel for Defendant because Defendant has been in custody in

22 Modesto since August 8, 2012 and is currently in trial on that state case. We do not have the access we

23 need to properly prepare for the trial.

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1     The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii), and (iv).

BENJAMIN WAGNER
United States Attorney

DATED: February 4, 2013     By:   /s/ *Mark McKeon*
MARK MCKEON
Assistant United States Attorney
Attorney for Plaintiff

JOSEPH SCHLESINGER
Acting Federal Defender

DATED: February 4, 2013     By:   /s/ *Ann H. McGlenon*
ANN H. MCGLENON
Assistant Federal Defender
Attorney for Defendant
Tony Huy Havens

## **O R D E R**

Time is excluded pursuant to §§ 3161(h)(7)(A), (B)(ii), and (iv).

IT IS SO ORDERED.

**Dated: February 5, 2013**     /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE