```
 1  HEATHER E. WILLIAMS, #122664
    Federal Defender
 2  ANN H. MCGLENON, Bar #100433
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California  93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant
 6  TONY HUE HAVENS
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     )   NO. 1:10-CR-247 LJO
                                  )
12              Plaintiff,        )   **STIPULATION TO MOVE TRIAL DATE**
                                  )   **AND ORDER THEREON**
13       v.                       )
                                  )   TRIAL DATE: August 13, 2013
14  TONY HUE HAVENS,              )   JUDGE:   Hon. Lawrence J. O'Neill
                                  )
15              Defendant.        )
                                  )
16  _____ )
17
```

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that a new trial schedule be set in the above-referenced matter as follows: the jury trial now set for August 13, 2013, **may be continued to June 3, 2014 at 8:30 A.M.**

This continuance is requested by counsel for Defendant because when counsel drove to Modesto to review documents with Mr. Havens, we determined that there are significant documents on the hard drive for client's computer which was provided to the defense expert and has been in the expert's safe. The expert needs to convert the hard drive to a readable format for review by counsel and client. Though Mr. Havens was acquitted on the state court case that was charged after a search of his home, there remain thousands of pages of discovery.   Given both counsel's trial schedules, the earliest convenient date for both counsel is June, 2014. Mr. Havens has another trial set in this court in November, 2013. It is anticipated that there may be some information in that trial and defense which will assist both counsel in

1  resolving this, more complex, original case.

2  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
3  justice, including but not limited to, the need for the period of time set forth herein for effective defense
4  preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii), and (iv).

Respectfully submitted,

BENJAMIN WAGNER
United States Attorney

DATED: July 15, 2013        By:    /s/ *Mark McKeon*
                                   MARK MCKEON
                                   Assistant United States Attorney
                                   Attorney for Plaintiff

                                   HEATHER WILLIAMS
                                   Federal Defender

DATED: July 15, 2013        By:    /s/ *Ann H. McGlenon*
                                   ANN H. MCGLENON
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   Tony Huy Havens

## O R D E R

**IT IS SO ORDERED.** Time is excluded pursuant to §§ 3161(h)(7)(A), (B)(ii), and (iv). Trial will be June 3, 2014 at 8:30 a.m. before U.S. District Lawrence J. O'Neill.

IT IS SO ORDERED.

**Dated:   July 16, 2013**         /s/  Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE

Havens - Stipulation and Proposed Order